**No. 68192.**—Scope Instrument Corp. and Julius Feist *v.* United States, protests 58/4749 and 60/10135 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of map measures similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiffs was sustained.